PAMELA E. COGAN (SBN 105089)
ROBERT M. FORNI, JR. (SBN 180841)
ROPERS, MAJESKI, KOHN & BENTLEY
1001 Marshall Street, Suite 300
Redwood City, CA 94063-2052
Telephone: (650) 364-8200
Facsimile: (650) 780-1701
e-mail: pcogan@ropers.com, rforni@ropers.com

Attorneys for Defendant,
LIBERTY MUTUAL INSURANCE COMPANY
(erroneously sued as LIBERTY MUTUAL INSURANCE GROUP dba LIBERTY MUTUAL INSURANCE)

FILED
08 JUN 27 PM 12:38
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-filing

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

EMC

JUSTINE FISHER, an individual, JOSE MARQUEZ, an individual,

Plaintiffs,

v.

LIBERTY MUTUAL INSURANCE GROUP, a California corporation doing business as LIBERTY MUTUAL INSURANCE; CHRISTOPHER TUCKER, D.C., an individual doing business as LAMORINDA CHIROPRACTIC; and DOES 1 through 100,

Defendants.

CV CASE NO. 08 3121

(Formerly Contra Costa County Superior Court Case No. MSC08-00565)

**DECLARATION OF ROBERT M. FORNI, JR. IN SUPPORT OF DEFENDANT LIBERTY MUTUAL INSURANCE COMPANY'S PETITION FOR REMOVAL**

I, ROBERT M. FORNI, JR., declare:

1. I am an attorney at law licensed to practice before the courts of the State of California, and an associate at the law firm of Ropers, Majeski, Kohn & Bentley, counsel of record for Defendant LIBERTY MUTUAL INSURANCE COMPANY, on whose behalf I make this declaration.

2. I have personal knowledge of the facts stated in this declaration, and could competently testify to them if called upon as a witness to do so.

4. On June 24, 2008, I prepared and caused to be sent to plaintiff's counsel, Ross A. Jurewitz, a letter in which I requested that plaintiffs stipulate that they do not seek to recover damages in excess of $75,000 in this action. (A true and correct copy of my letter to Mr. Jurewitz is attached hereto as Exhibit "A.")

5. On June 26, 2008, I received an e-mail from Mr. Jurewitz in which he advised that he was unable to enter into any such stipulation, and declined to stipulate that the amount in controversy is less than $75,000. (A true and correct copy of the e-mail that I received from Mr. Jurewitz is attached hereto as Exhibit "B.")

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 27th day of June, 2008 at Redwood City, California.

Robert M. Forni, Jr.

Ropers Majeski Kohn & Bentley
A Professional Corporation
Redwood City

# Exhibit A

REDWOOD CITY | 1001 Marshall Street
Los Angeles | Suite 300
New York | Redwood City, CA 94063
San Francisco | Telephone (650) 364-8200
San Jose | Facsimile (650) 780-1701
Boston | www.ropers.com

Robert M. Forni, Jr.
(650) 780-1727

rforni@rmkb.com

June 24, 2008

**U.S. Mail and Facsimile (888) 233-3180**

Ross A. Jurewitz, Esq.
Jurewitz Law Group
501 West Broadway, Suite 1780
San Diego, CA 92101

Re: *Fisher, et al. v. Liberty Mutual Insurance Group, et al.*
Contra Costa County Superior Court, Case No. MSC08-00565

Dear Mr. Jurewitz:

We represent Liberty Mutual Insurance Group ("Liberty Mutual"), which was erroneously named in this action. I have not received a response to the two telephone messages that I left for you regarding this matter on June 20 and 23, 2008. Accordingly, on behalf of Liberty Mutual, I am writing to request that, as plaintiffs' counsel and representative in this action, you execute the enclosed Stipulation and Order Limiting Damages to $75,000 on their behalf. As Liberty Mutual's time to respond to the complaint is rapidly approaching, we request that you execute and return this stipulation, or memorialize plaintiffs' opposition to it in writing, by 5:00 p.m. on **June 26, 2008**. If we do not reach agreement by then, Liberty Mutual reserves the right to remove this action to the United States District Court for the Northern District of California.

Very truly yours,

Robert M. Forni, Jr.

RMF/rmf

Enclosure

IRS CIRCULAR 230 NOTICE: To ensure compliance with requirements imposed by the Internal Revenue Service, we inform you that any U.S. tax advice contained in this communication (or in any attachment) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed in this communication (or in any attachment).

PAMELA E. COGAN (SBN 105089)
ROBERT M. FORNI, JR. (SBN 180841)
ROPERS, MAJESKI, KOHN & BENTLEY
1001 Marshall Street, Third Floor
Redwood City, CA 94063
Telephone: (650) 364-8200
Facsimile: (650) 780-1701
Email: rforni@ropers.com

Attorneys for Defendants, LIBERTY MUTUAL INSURANCE GROUP (erroneously sued herein)

Ropers Majeski Kohn & Bentley
A Professional Corporation
Redwood City

SUPERIOR COURT OF THE STATE OF CALIFORNIA

COUNTY OF CONTRA COSTA

JUSTINE FISHER, an individual, JOSE MARQUEZ, an individual,

Plaintiffs,

v.

LIBERTY MUTUAL INSURANCE GROUP, a California corporation doing business as LIBERTY MUTUAL INSURANCE; CHRISTOPHER TUCKER, D.C., an individual doing business as LAMORINDA CHIROPRACTIC; and DOES 1 through 100,

Defendants.

CASE NO. MSC08-00565

**STIPULATION AND [PROPOSED] ORDER LIMITING AMOUNT IN CONTROVERSY AND DAMAGES RECOVERABLE**

**IT IS HEREBY STIPULATED AND AGREED** by and between plaintiffs JUSTINE FISHER and JOSE MARQUEZ and defendant LIBERTY MUTUAL INSURANCE GROUP ("Liberty Mutual"), by and through their respective counsel, as follows:

1. In the above-captioned action, plaintiffs JUSTINE FISHER and JOSE MARQUEZ, individually or jointly, do not seek, and shall not recover, in this action damages in excess of $75,000 (including insurance benefits, special damages, economic damages, general damages, non-economic damages, costs of suit, attorney fees and punitive damages); nor will plaintiffs JUSTINE FISHER and JOSE MARQUEZ, individually or jointly, do so in the future.

3. This Stipulation and Order shall not be amended or modified except by a separate Stipulation and Order signed by counsel for the parties and the Court.

4. This Stipulation may be executed in counterparts, which, taken as a whole, will constitute the agreement of the parties thereto.

5. Facsimile signatures shall have the same force and effect as original signatures.

**IT IS SO STIPULATED.**

Dated: June ___, 2008

JUREWITZ LAW GROUP

By:______________________________
ROSS A. JUREWITZ
Attorneys for Plaintiffs, JUSTINE FISHER and JOSE MARQUEZ

Dated: June ___, 2008

ROPERS, MAJESKI, KOHN & BENTLEY

By:______________________________
PAMELA E. COGAN
ROBERT M. FORNI, JR.
Attorneys for Defendant, LIBERTY MUTUAL INSURANCE GROUP

**<u>ORDER</u>**

**THE FOREGOING STIPULATION IS APPROVED, AND IS SO ORDERED.**

Dated: June ___, 2008

______________________________
SUPERIOR COURT JUDGE



LAWYERS
RMKB
ROPERS MAJESKI KOHN BENTLEY

Ross A. Jurewitz, Esq.
*Fisher, et al. v. Liberty Mutual Insurance Group, et al.*
June 24, 2008 Page 2

bcc: William Wise (via fax, w/ encl.)

RC1/5141247.1/RMF
DRAFT 6/24/08 02:57 PM

*********************
*** TX REPORT ***
*********************

TRANSMISSION OK

| | |
|---|---|
| TX/RX NO | 3069 |
| CONNECTION TEL | 916175745830 |
| CONNECTION ID | |
| ST. TIME | 06/24 16:19 |
| USAGE T | 00'48 |
| PGS. SENT | 5 |
| RESULT | OK |

REDWOOD CITY
Los Angeles
New York
San Francisco
San Jose
Boston

1001 Marshall Street
Redwood City, CA 94063-2052
Telephone (650) 364-8200
Facsimile (650) 780-1701
www.rmkb.com

LAWYERS
RMKB
ROPERS MAJESKI KOHN BENTLEY

# FACSIMILE TRANSMISSION

**DATE:** June 24, 2008

**TO:**

| NAME | FAX NO. | PHONE NO. |
|---|---|---|
| William Monroe Wise<br>Counsel- Litigation Examining<br>Liberty Mutual Group | (617) 574-5830 | (617) 574-6670 |

**FROM:** Robert M. Forni, Jr. **PHONE:** (650) 780-1727

**RE:** *Fisher, et al. v. Liberty Mutual Insurance Group, et al.*

**SENT BY:** Linda Love **PHONE:** (650) 780-1740

**FILE NUMBER:**

**NUMBER OF PAGES, INCLUDING COVER:** 5

**MESSAGE:**

*********************
*** TX REPORT ***
*********************

TRANSMISSION OK

| | |
|---|---|
| TX/RX NO | 3071 |
| CONNECTION TEL | 916175745830 |
| CONNECTION ID | |
| ST. TIME | 06/24 18:09 |
| USAGE T | 00'44 |
| PGS. SENT | 5 |
| RESULT | OK |

REDWOOD CITY
Los Angeles
New York
San Francisco
San Jose
Boston

1001 Marshall Street
Redwood City, CA 94063-2052
Telephone (650) 364-8200
Facsimile (650) 780-1701
www.rmkb.com

LAWYERS
RMKB
ROPERS MAJESKI KOHN BENTLEY

## FACSIMILE TRANSMISSION

**DATE:** June 24, 2008

**TO:**

| NAME | FAX NO. | PHONE NO. |
|---|---|---|
| William Monroe Wise<br>Counsel- Litigation Examining<br>Liberty Mutual Group | (617) 574-5830 | (617) 574-6670 |

**FROM:** Robert M. Forni, Jr. **PHONE:** (650) 780-1727

**RE:** *Fisher, et al. v. Liberty Mutual Insurance Group, et al.*

**SENT BY:** Linda Love **PHONE:** (650) 780-1740

| | |
|---|---|
| FILE NUMBER: | |
| NUMBER OF PAGES, INCLUDING COVER: | 5 |

**MESSAGE:**

# Exhibit B

**Forni, Robert M.**

**From:** Ross Jurewitz [raj@jurewitz.com]
**Sent:** Thursday, June 26, 2008 12:51 PM
**To:** Forni, Robert M.
**Subject:** RE: Declaration Page (Fisher v. Liberty Mutual Ins. Group)

Robert:

Thank you for forwarding the Declaration Page to my office so that the proper defendant can be named.

Per our discussion, I called Ms. Fisher to discuss the possibility of stipulating to a $75K damage cap. Unfortunately, I have not had a chance to speak with her and do not have authority to agree. I am aware that you have a deadline of tomorrow to file your petition to remove to federal court.

If I hear from Ms. Fisher before then, I will let you know ASAP her decision. Otherwise, I'm afraid you will need to file your petition. Previously we've offered to stipulate to extend the deadline to file; however, you don't believe that is legally effective.

Thank you. Please feel free to contact me on my cell phone to discuss.

Sincerely,

Ross A. Jurewitz
JUREWITZ LAW GROUP
501 West Broadway, Suite 1780
San Diego, CA 92101
Telephone: (619) 233-5020
Facsimile: (888) 233-3180
Mobile: (760) 522-6100
Website: www.jurewitz.com
Blog: www.sandiegoinjurylawyerblog.com

Coming soon: www.sandiegocaraccidentlawyerblog.com

-----Original Message-----
**From:** Forni, Robert M. [mailto:RForni@Ropers.com]
**Sent:** Wednesday, June 25, 2008 1:16 PM
**To:** raj@jurewitz.com
**Subject:** Declaration Page (Fisher v. Liberty Mutual Ins. Group)

Ross,
<<20080625131254664.pdf>>
Attached, please find a copy of the declaration page to the LibertyGuard Auto Policy issued to Ms. Fisher.

Robert M. Forni, Jr.
Attorney at Law
Ropers, Majeski, Kohn & Bentley
1001 Marshall Street, Third Floor
Redwood City, CA 94063

(650) 364-8200