PAMELA E. COGAN (SBN 105089)
ROBERT M. FORNI, JR. (SBN 180841)
ROPERS, MAJESKI, KOHN & BENTLEY
1001 Marshall Street, Suite 300
Redwood City, CA 94063-2052
Telephone:    (650) 364-8200
Facsimile:    (650) 780-1701
e-mail: pcogan@ropers.com, rforni@ropers.com

Attorneys for Defendant,
LIBERTY MUTUAL INSURANCE COMPANY
(erroneously sued as LIBERTY MUTUAL
INSURANCE GROUP dba LIBERTY MUTUAL
INSURANCE)

FILED
JUN 27 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-filing

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

CV 08 3121 EMC

JUSTINE FISHER, an individual, JOSE MARQUEZ, an individual,

Plaintiffs,

v.

LIBERTY MUTUAL INSURANCE GROUP, a California corporation doing business as LIBERTY MUTUAL INSURANCE; CHRISTOPHER TUCKER, D.C., an individual doing business as LAMORINDA CHIROPRACTIC; and DOES 1 through 100,

Defendants.

CASE NO.

(Formerly Contra Costa County Superior Court Case No. MSC08-00565)

**DECLARATION OF JAMES PUGH IN SUPPORT OF DEFENDANT LIBERTY MUTUAL INSURANCE COMPANY'S PETITION FOR REMOVAL**

I, JAMES PUGH, declare:

1.    I am Senior Corporate Counsel, Assistant Vice President, and an Assistant Secretary for LIBERTY MUTUAL INSURANCE COMPANY ("Liberty Mutual"), a defendant in the above-captioned action.

2.    I am authorized to and hereby make this declaration on behalf of Liberty Mutual.

3.    The statements herein are of my own personal knowledge and, if called as a witness, I would and could competently testify to them.

RC1/5142396.1/RMF

DECLARATION OF JAMES PUGH IN SUPPORT OF DEFENDANT'S PETITION FOR REMOVAL

1    4.    Liberty Mutual is a corporation organized under the laws of the State of
2  Massachusetts. Liberty Mutual's principal place of business is in Boston, Massachusetts. Liberty
3  Mutual's corporate headquarters and corporate officers are located in Boston, Massachusetts.
4    I declare under penalty of perjury under the laws of the United States that the foregoing is
5  true and correct.
6    Executed this 27 day of June, 2008 at Boston, Massachusetts.

_____
James Pugh

Ropers Majeski Kohn & Bentley
A Professional Corporation
Redwood City