PAMELA E. COGAN (SBN 105089)
ROBERT M. FORNI, JR. (SBN 180841)
ROPERS, MAJESKI, KOHN & BENTLEY
1001 Marshall Street, Suite 300
Redwood City, CA 94063-2052
Telephone:   (650) 364-8200
Facsimile:   (650) 780-1701
e-mail: pcogan@ropers.com, rforni@ropers.com

Attorneys for Defendant,
LIBERTY MUTUAL INSURANCE COMPANY
(erroneously sued as LIBERTY MUTUAL
INSURANCE GROUP dba LIBERTY MUTUAL
INSURANCE)

FILED
JUN 27 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-filing

EMC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

JUSTINE FISHER, an individual, JOSE MARQUEZ, an individual,

Plaintiffs,

v.

LIBERTY MUTUAL INSURANCE GROUP, a California corporation doing business as LIBERTY MUTUAL INSURANCE; CHRISTOPHER TUCKER, D.C., an individual doing business as LAMORINDA CHIROPRACTIC; and DOES 1 through 100,

Defendants.

CASE NO. CV 08 3121

(Formerly Contra Costa County Superior Court Case No. MSC08-00565)

**DEFENDANT LIBERTY MUTUAL INSURANCE COMPANY'S CERTIFICATION OF INTERESTED PARTIES [Civ. L.R. 3-16]**

Pursuant to Civil L.R. 3-16, the undersigned, counsel of record for Defendant LIBERTY MUTUAL INSURANCE COMPANY (erroneously sued as LIBERTY MUTUAL INSURANCE GROUP dba LIBERTY MUTUAL INSURANCE), certifies that the following listed persons, associations of persons, firms, partnerships, corporations or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

C:\Documents and Settings\ll2\Local Settings\Temporary Internet Files\OLK174\RMKB-#5142427-v1-Fisher_Notice_of_Interested_Parties.DOC

DEFENDANT'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS

Ropers Majeski Kohn & Bentley
A Professional Corporation
Redwood City

| | |
|---|---|
| 1  JUSTINE FISHER | Plaintiff |
| 2  JOSE MARQUEZ | Plaintiff |
| 3  LIBERTY MUTUAL FIRE INSURANCE COMPANY | Insurer that issued subject automobile insurance policy in this action |
| 4  LIBERTY MUTUAL INSURANCE COMPANY | Defendant (erroneously sued as LIBERTY MUTUAL INSURANCE GROUP dba LIBERTY MUTUAL INSURANCE) |

In addition, the parent corporations of Defendant LIBERTY MUTUAL INSURANCE COMPANY are:

    a. Liberty Mutual Holding Company Inc.

    b. LMHC Massachusetts Holdings Inc.

    c. Liberty Mutual Group Inc.

These representations are made to enable the Court to evaluate possible disqualification or recusal.

Dated: June 27, 2008

ROPERS, MAJESKI, KOHN & BENTLEY

By: _____
PAMELA E. COGAN
ROBERT M. FORNI, JR.
Attorneys for Defendant LIBERTY MUTUAL INSURANCE COMPANY (erroneously sued as LIBERTY MUTUAL INSURANCE GROUP dba LIBERTY MUTUAL INSURANCE)

C:\Documents and Settings\ll2\Local Settings\Temporary Internet Files\OLK174\RMKB-#5142427-v1-Fisher_Notice_of_Interested_Parties.DOC

- 2 -

DEFENDANT'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS