**FILED**
JUN 27 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CASE NAME: Fisher v. Liberty Mutual Insurance

ACTION NO.: E-filing

CV 08 3121 EMC

**CERTIFICATE OF SERVICE**

**METHOD OF SERVICE**

☒ First Class Mail   ☐ Facsimile   ☐ Messenger Service
☐ Overnight Delivery   ☐ E-Mail/Electronic Delivery

1. At the time of service I was over 18 years of age and not a party to this action and a citizen of the United States.

2. My business address is 1001 Marshall Street, Suite 300, Redwood City, CA 94063.

3. On June 27, 2008, I served the following documents:

   1. CIVIL COVER SHEET

   2. DEFENDANT LIBERTY MUTUAL INSURANCE COMPANY'S PETITION FOR REMOVAL OF CIVIL ACTION UNDER 28 U.S.C. § 1441(b) [DIVERSITY JURISDICTION]

   3. DECLARATION OF ROBERT M. FORNI, JR. ISO LIBERTY MUTUAL INSURANCE COMPANY'S PETITION FOR REMOVAL OF CIVIL ACTION UNDER 28 U.S.C. § 1441(b) [DIVERSITY JURISDICTION]

   4. DECLARATION OF JAMES PUGH ISO LIBERTY MUTUAL INSURANCE COMPANY'S PETITION FOR REMOVAL OF CIVIL ACTION UNDER 28 U.S.C. § 1441(b) [DIVERSITY JURISDICTION]

   5. DECLARATION OF HOLLY SMITH ISO LIBERTY MUTUAL INSURANCE COMPANY'S PETITION FOR REMOVAL OF CIVIL ACTION UNDER 28 U.S.C. § 1441(b) [DIVERSITY JURISDICTION]

   6. CERTIFICATION OF INTERESTED PARTIES [CIV. L.R. 3-16].

4. I served the documents on the persons at the address below (along with their fax numbers and/or email addresses if service was by fax or email):

   Ross A. Jurewitz, Esq.
   **JUREWITZ LAW GROUP**
   501 W. Broadway, Suite 1780
   San Diego, CA 92101
   Telephone: (619) 233-5020

5. I served the documents by the following means:

Ropers Majeski Kohn & Bentley
A Professional Corporation
Redwood City

RC1/5124965.1/LL2

Proof of Service
Monaco v. Liberty

    a. ☒ By United States mail: I enclosed the documents in a sealed envelope or package addressed to the persons at the addresses specified in item 4 and placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with this business's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

    b. ☐ By overnight delivery: I enclosed the documents in an envelope or package provided by an overnight delivery carrier and addressed to the persons at the addresses in item 4. I placed the envelope or package for collection and overnight delivery at an office or a regularly utilized drop box of the overnight delivery carrier.

    c. ☐ By messenger: I served the documents by placing them in an envelope or package addressed to the persons at the addresses listed in item 4 and providing them to a messenger for service. (Separate declaration of personal service to be provided by the messenger.)

    d. ☐ By fax transmission: Based on an agreement between the parties and in conformance with Fed. Rules Civ. Proc. rule 5, and/or as a courtesy, I faxed the documents to the persons at the fax numbers listed in item 4. (Separate Proof of Transmission by Fax to be provided.)

    e. ☐ By email or electronic transmission: Based on an agreement between the parties and/or as a courtesy, I sent the documents to the persons at the email addresses listed in item 4. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

    I am employed in the office of a member of the bar of this court at whose direction the service was made. I certify under penalty of perjury that the foregoing is true and correct.

Date: June 27, 2008

Linda M. Love
Type Name

Signature: _Linda M. Love_