PAMELA E. COGAN (SBN 105089)
ROBERT M. FORNI, JR. (SBN 180841)
ROPERS, MAJESKI, KOHN & BENTLEY
1001 Marshall Street, Suite 300
Redwood City, CA 94063-2052
Telephone:    (650) 364-8200
Facsimile:    (650) 780-1701
e-mail: pcogan@ropers.com, rforni@ropers.com

Attorneys for Defendant,
LIBERTY MUTUAL INSURANCE COMPANY
(erroneously sued as LIBERTY MUTUAL
INSURANCE GROUP dba LIBERTY MUTUAL
INSURANCE)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JUSTINE FISHER, an individual, JOSE MARQUEZ, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>LIBERTY MUTUAL INSURANCE GROUP, a California corporation doing business as LIBERTY MUTUAL INSURANCE; CHRISTOPHER TUCKER, D.C., an individual doing business as LAMORINDA CHIROPRACTIC; and DOES 1 through 100,<br><br>Defendants. | CASE NO. CV 08-3121 EMC<br><br>**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE BY DEFENDANT LIBERTY MUTUAL INSURANCE COMPANY** |

**TO PLAINTIFFS JUSTINE FISHER AND JOSE MARQUEZ, THEIR ATTORNEY OF RECORD, AND THE CLERK OF THE ABOVE-ENTITLED COURT:**

**PLEASE TAKE NOTICE** that the undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby

RC1/5143923.1/RMF

DECLINATION TO PROCEED BEFORE
A MAGISTRATE JUDGE
CASE NO. CV 08-3121 EMC

1 | requests the reassignment of this case to a United States District Judge.

2 | Dated: June 30, 2008

ROPERS, MAJESKI, KOHN & BENTLEY

By: /s/ Pamela E. Cogan
PAMELA E. COGAN
ROBERT M. FORNI, JR.
Attorneys for Defendant LIBERTY MUTUAL INSURANCE COMPANY (erroneously sued as LIBERTY MUTUAL INSURANCE GROUP dba LIBERTY MUTUAL INSURANCE)

Ropers Majeski Kohn & Bentley
A Professional Corporation
Redwood City

RC1/5143923.1/RMF

- 2 -

DECLINATION TO PROCEED BEFORE
A MAGISTRATE JUDGE
CASE NO. CV 08-3121 EMC