1  PAMELA E. COGAN (SBN 105089)
   ROBERT M. FORNI, JR. (SBN 180841)
2  ROPERS, MAJESKI, KOHN & BENTLEY
   1001 Marshall Street, Third Floor
3  Redwood City, CA 94063
   Telephone:   (650) 364-8200
4  Facsimile:   (650) 780-1701
   Email:       rforni@ropers.com
5
   Attorneys for Defendants, LIBERTY MUTUAL
6  INSURANCE COMPANY (erroneously sued herein
   as LIBERTY MUTUAL INSURANCE GROUP, a
7  California corporation doing business as LIBERTY
   MUTUAL INSURANCE)
8

9                  UNITED STATES DISTRICT COURT

10                 NORTHERN DISTRICT OF CALIFORNIA

11                      SAN FRANCISCO DIVISION

12

13 | JUSTINE FISHER, an individual, JOSE | CASE NO. CV 08-3121 CW
   | MARQUEZ, an individual,              |
14 |                                      | STIPULATION AND [PROPOSED] ORDER
   |            Plaintiffs,               | EXTENDING TIME TO RESPOND TO
15 |                                      | COMPLAINT
   |   v.                                 |
16 |                                      |
   | LIBERTY MUTUAL INSURANCE             |
17 | GROUP, a California corporation doing |
   | business as LIBERTY MUTUAL           |
18 | INSURANCE; CHRISTOPHER               |
   | TUCKER, D.C., an individual doing    |
19 | business as LAMORINDA                |
   | CHIROPRACTIC; and DOES 1 through     |
20 | 100,                                 |
21 |            Defendants.               |

22

23     **IT IS HEREBY STIPULATED** by and between plaintiffs JUSTINE FISHER and JOSE

24  MARQUEZ and defendant LIBERTY MUTUAL INSURANCE COMPANY by and through

25  their respective counsel that defendant LIBERTY MUTUAL INSURANCE COMPANY shall

26  have up to and including July 18, 2008 to file a response to plaintiff's complaint.

27

28
                                       - 1 -
                    STIPULATION EXTENDING TIME TO RESPOND, CASE NOCV08-3121 CW

(Left margin: Ropers Majeski Kohn & Bentley, A Professional Corporation, Redwood City)

| | |
|---|---|
| Dated: July 11, 2008 | JUREWITZ LAW GROUP |
| | By: /s/ RJ |
| | ROSS A. JUREWITZ |
| | Attorneys for Plaintiffs, JUSTINE FISHER and JOSE MARQUEZ |
| Dated: July ___, 2008 | ROPERS, MAJESKI, KOHN & BENTLEY |
| | By: /s/ |
| | PAMELA E. COGAN |
| | ROBERT M. FORNI, JR. |
| | Attorneys for Defendant, LIBERTY MUTUAL INSURANCE COMPANY |

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Dated: July ___, 2008

_____
THE HONORABLE CLAUDIA WILKINS