IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

FISHER ET AL,

    Plaintiff,

v.

LIBERTY MUTUAL INSURANCE GROUP ET AL,

    Defendant.

                                /

No. C 08-03121 CW

CASE MANAGEMENT
SCHEDULING ORDER FOR
REASSIGNED CIVIL
CASE

    This action having been reassigned to the undersigned judge,

    IT IS HEREBY ORDERED that a Case Management Conference will be held on **October 14, 2008, at 2:00 p.m.** in Courtroom 2, 4th Floor, 1301 Clay Street, Oakland, CA 94612. Pursuant to Civil L.R. 16-9(a), a joint Case Management Statement will be due seven (7) days prior to the conference.

    Removing Defendant is directed to serve a copy of this Order at once on all parties to this action in accordance with the provisions of Rule 5 of the Federal Rules of Civil Procedure. Following service, the party causing the service shall file a certificate of service with the Clerk of Court.

    This case has been designated for the Court's Electronic Case

1  Filing (ECF) Program.  Pursuant to General Order 45, each attorney of
2  record is obligated to become an ECF user and be assigned a user ID
3  and password for access to the system.  All documents required to be
4  filed with the Clerk shall be filed electronically on the ECF website,
5  except as provided otherwise in section VII of General Order 45 or
6  authorized otherwise by the court.
7       IT IS SO ORDERED.
8
9  Dated:   July 11, 2008                    *signature*
10                                           _____
                                             CLAUDIA WILKEN
11                                           UNITED STATES DISTRICT JUDGE

(Rev. 10/10/07)

| | |
|---|---|
| CASE NAME: | Fisher v. Liberty Mutual Insurance |
| ACTION NO.: | U.S.D.C.-Northern District CV -08 3121 |

## CERTIFICATE OF SERVICE

**METHOD OF SERVICE**

☒ First Class Mail    ☐ Facsimile    ☐ Messenger Service

☐ Overnight Delivery    ☐ E-Mail/Electronic Delivery

1. At the time of service I was over 18 years of age and not a party to this action and a citizen of the United States.

2. My business address is 1001 Marshall Street, Suite 300, Redwood City, CA 94063.

3. On July 14, 2008, I served the following documents:

**CASE MANAGEMENT SCHEDULING ORDER FOR REASSIGNED CASE**
10/14/08 @ 2:00 p.m., Crtrm. 2, 4th Fl, 1301 Clay St., Oakland, CA

4. I served the documents on the persons at the address below (along with their fax numbers and/or email addresses if service was by fax or email):

Ross A. Jurewitz, Esq.
**JUREWITZ LAW GROUP**
501 W. Broadway, Suite 1780
San Diego, CA 92101
Telephone: (619) 233-5020

5. I served the documents by the following means:

   a. ☒ By United States mail: I enclosed the documents in a sealed envelope or package addressed to the persons at the addresses specified in item 4 and placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with this business's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

   b. ☐ By overnight delivery: I enclosed the documents in an envelope or package provided by an overnight delivery carrier and addressed to the persons at the addresses in item 4. I placed the envelope or package for collection and overnight delivery at an office or a regularly utilized drop box of the overnight delivery carrier.

   c. ☐ By messenger: I served the documents by placing them in an envelope or package addressed to the persons at the addresses listed in item 4 and providing them to a messenger for service. (Separate declaration of personal service to be provided by the messenger.)

   d. ☐ By fax transmission: Based on an agreement between the parties and in conformance with Fed. Rules Civ. Proc. rule 5, and/or as a courtesy, I faxed the documents to the persons at the fax numbers listed in item 4. (Separate Proof of Transmission by Fax to be provided.)

RC1/5143519.1/LL2                                                                 Proof of Service

      e. ☐ By email or electronic transmission: Based on an agreement between the parties and/or as a courtesy, I sent the documents to the persons at the email addresses listed in item 4. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

      I am employed in the office of a member of the bar of this court at whose direction the service was made. I certify under penalty of perjury that the foregoing is true and correct.

Date: July 14, 2008

Linda M. Love  
Type Name                 Signature

Ropers Majeski Kohn & Bentley  
A Professional Corporation  
Redwood City

RC1/5143519.1/LL2      - 2 -      PROOF OF SERVICE-