1  PAMELA E. COGAN (SBN 105089)
   ROBERT M. FORNI, JR. (SBN 180841)
2  ROPERS, MAJESKI, KOHN & BENTLEY
   1001 Marshall Street, Suite 300
3  Redwood City, CA 94063-2052
   Telephone:    (650) 364-8200
4  Facsimile:    (650) 780-1701
   e-mail: pcogan@ropers.com, rforni@ropers.com

6  Attorneys for Defendant,
   LIBERTY MUTUAL INSURANCE COMPANY
   (erroneously sued as LIBERTY MUTUAL
7  INSURANCE GROUP dba LIBERTY MUTUAL
   INSURANCE)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| JUSTINE FISHER, an individual, JOSE MARQUEZ, an individual, | CASE NO. CV 08-3121 CW |
|---|---|
| Plaintiffs, | **FURTHER STIPULATION AND [PROPOSED] ORDER EXTENDING DEFENDANT'S TIME TO RESPOND TO COMPLAINT** |
| v. | |
| LIBERTY MUTUAL INSURANCE GROUP, a California corporation doing business as LIBERTY MUTUAL INSURANCE; CHRISTOPHER TUCKER, D.C., an individual doing business as LAMORINDA CHIROPRACTIC; and DOES 1 through 100, | |
| Defendants. | |

**IT IS HEREBY STIPULATED** and agreed by and between plaintiffs JUSTINE FISHER and JOSE MARQUEZ and defendant LIBERTY MUTUAL INSURANCE COMPANY (erroneously sued herein as LIBERTY MUTUAL INSURANCE GROUP, a California corporation doing business as LIBERTY MUTUAL INSURANCE), by and through their respective counsel, that defendant LIBERTY MUTUAL INSURANCE COMPANY shall have up

\ \ \ \

RC1/5152744.1/RMF

STIPULATION EXTENDING DEFENDANT'S
TIME TO RESPOND TO COMPLAINT
CASE NO. CV 08-3121 CW

to and including July 25, 2008 to file a response to plaintiff's complaint in this action.

Dated: July 17, 2008

JUREWITZ LAW GROUP

By: /s/ RJ
ROSS A. JUREWITZ
Attorneys for Plaintiffs, JUSTINE FISHER
and JOSE MARQUEZ

Dated: July 17, 2008

ROPERS, MAJESKI, KOHN & BENTLEY

By: /s/
PAMELA E. COGAN
ROBERT M. FORNI, JR.
Attorneys for Defendant, LIBERTY
MUTUAL INSURANCE COMPANY
(erroneously sued as LIBERTY MUTUAL
INSURANCE GROUP dba LIBERTY
MUTUAL INSURANCE)

**ORDER**

Pursuant to stipulation, **IT IS SO ORDERED**.

Dated: July ____, 2008

_____
THE HONORABLE CLAUDIA WILKINS