PAMELA E. COGAN (SBN 105089)
ROBERT M. FORNI, JR. (SBN 180841)
ROPERS, MAJESKI, KOHN & BENTLEY
1001 Marshall Street, Third Floor
Redwood City, CA 94063
Telephone:    (650) 364-8200
Facsimile:     (650) 780-1701
Email:          rforni@ropers.com

Attorneys for Defendants, LIBERTY MUTUAL INSURANCE COMPANY (erroneously sued herein as LIBERTY MUTUAL INSURANCE GROUP, a California corporation doing business as LIBERTY MUTUAL INSURANCE)

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| JUSTINE FISHER, an individual, JOSE MARQUEZ, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>LIBERTY MUTUAL INSURANCE GROUP, a California corporation doing business as LIBERTY MUTUAL INSURANCE; CHRISTOPHER TUCKER, D.C., an individual doing business as LAMORINDA CHIROPRACTIC; and DOES 1 through 100,<br><br>Defendants. | CASE NO. CV 08-3121 CW<br><br>**STIPULATION AND ORDER EXTENDING TIME TO RESPOND TO COMPLAINT** |

**IT IS HEREBY STIPULATED** by and between plaintiffs JUSTINE FISHER and JOSE MARQUEZ and defendant LIBERTY MUTUAL INSURANCE COMPANY by and through their respective counsel that defendant LIBERTY MUTUAL INSURANCE COMPANY shall have up to and including July 18, 2008 to file a response to plaintiff's complaint.

Dated: July ___, 2008             JUREWITZ LAW GROUP

By: _____
   ROSS A. JUREWITZ
   Attorneys for Plaintiffs, JUSTINE FISHER
   and JOSE MARQUEZ

Dated: July ___, 2008             ROPERS, MAJESKI, KOHN & BENTLEY

By: _____
   PAMELA E. COGAN
   ROBERT M. FORNI, JR.
   Attorneys for Defendant, LIBERTY
   MUTUAL INSURANCE COMPANY

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Dated: July 23, 2008             _____
   THE HONORABLE CLAUDIA WILKEN