1  PAMELA E. COGAN (SBN 105089)
   ROBERT M. FORNI, JR. (SBN 180841)
2  ROPERS, MAJESKI, KOHN & BENTLEY
   1001 Marshall Street, Suite 300
3  Redwood City, CA 94063-2052
   Telephone:    (650) 364-8200
4  Facsimile:    (650) 780-1701
   e-mail: pcogan@ropers.com, rforni@ropers.com
5
   Attorneys for Defendant,
6  LIBERTY MUTUAL INSURANCE COMPANY
   (erroneously sued as LIBERTY MUTUAL
7  INSURANCE GROUP dba LIBERTY MUTUAL
   INSURANCE)
8
                    UNITED STATES DISTRICT COURT
9
                   NORTHERN DISTRICT OF CALIFORNIA
10
                       SAN FRANCISCO DIVISION
11

12  JUSTINE FISHER, an individual, JOSE          CASE NO. CV 08-3121 CW
13  MARQUEZ, an individual,
                                                 **FURTHER STIPULATION AND
14              Plaintiffs,                      [PROPOSED] ORDER EXTENDING
                                                 DEFENDANT'S TIME TO RESPOND TO
15  v.                                           COMPLAINT**

16  LIBERTY MUTUAL INSURANCE
    GROUP, a California corporation doing
17  business as LIBERTY MUTUAL
    INSURANCE; CHRISTOPHER
18  TUCKER, D.C., an individual doing
    business as LAMORINDA
19  CHIROPRACTIC; and DOES 1 through
    100,
20
                Defendants.
21

22
23     **IT IS HEREBY STIPULATED** and agreed by and between plaintiffs JUSTINE FISHER

24  and JOSE MARQUEZ and defendant LIBERTY MUTUAL INSURANCE COMPANY

25  (erroneously sued herein as LIBERTY MUTUAL INSURANCE GROUP, a California

26  corporation doing business as LIBERTY MUTUAL INSURANCE), by and through their

27  respective counsel, that defendant LIBERTY MUTUAL INSURANCE COMPANY shall have up

28  \ \ \ \

Ropers Majeski Kohn & Bentley
A Professional Corporation
Redwood City

to and including July 25, 2008 to file a response to plaintiff's complaint in this action.

Dated: July 17, 2008

JUREWITZ LAW GROUP

By: /s/ RJ
ROSS A. JUREWITZ
Attorneys for Plaintiffs, JUSTINE FISHER and JOSE MARQUEZ

Dated: July 17, 2008

ROPERS, MAJESKI, KOHN & BENTLEY

By: /s/
PAMELA E. COGAN
ROBERT M. FORNI, JR.
Attorneys for Defendant, LIBERTY MUTUAL INSURANCE COMPANY (erroneously sued as LIBERTY MUTUAL INSURANCE GROUP dba LIBERTY MUTUAL INSURANCE)

## ORDER

Pursuant to stipulation, **IT IS SO ORDERED**.

Dated: July 23, 2008

/s/ Claudia Wilkins
THE HONORABLE CLAUDIA WILKINS