PAMELA E. COGAN (SBN 105089)
ROBERT M. FORNI, JR. (SBN 180841)
ROPERS, MAJESKI, KOHN & BENTLEY
1001 Marshall Street, Suite 300
Redwood City, CA 94063-2052
Telephone:    (650) 364-8200
Facsimile:    (650) 780-1701
e-mail: pcogan@ropers.com, rforni@ropers.com

Attorneys for Defendant,
LIBERTY MUTUAL INSURANCE COMPANY
(erroneously sued as LIBERTY MUTUAL
INSURANCE GROUP dba LIBERTY MUTUAL
INSURANCE)

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| | |
|---|---|
| JUSTINE FISHER, an individual, JOSE MARQUEZ, an individual, <br><br> Plaintiffs, <br><br> v. <br><br> LIBERTY MUTUAL INSURANCE GROUP, a California corporation doing business as LIBERTY MUTUAL INSURANCE; CHRISTOPHER TUCKER, D.C., an individual doing business as LAMORINDA CHIROPRACTIC; and DOES 1 through 100, <br><br> Defendants. | CASE NO. CV 08-3121 CW <br><br> **FURTHER STIPULATION AND [PROPOSED] ORDER EXTENDING DEFENDANT'S TIME TO RESPOND TO COMPLAINT** |

**WHEREAS,** plaintiffs JUSTINE FISHER and JOSE MARQUEZ anticipate filing on or before July 24, 2008 a first amended complaint in this action naming Liberty Mutual Fire Insurance Company as a defendant in place of, and instead of, defendant LIBERTY MUTUAL INSURANCE COMPANY (erroneously sued herein as LIBERTY MUTUAL INSURANCE GROUP, a California corporation doing business as LIBERTY MUTUAL INSURANCE),

**IT IS HEREBY STIPULATED** and agreed by and between plaintiffs and defendant, by and through their respective counsel, that defendant LIBERTY MUTUAL INSURANCE

RC1/5156314.1/RMF

1 │ COMPANY shall have up to and including August 1, 2008 to file a response to plaintiff's

2 │ original complaint in this action.

3 │ Dated: July 23, 2008                    JUREWITZ LAW GROUP

4

5 │                                         By: RJ

6 │                                         ROSS A. JUREWITZ
   │                                         Attorneys for Plaintiffs, JUSTINE FISHER
   │                                         and JOSE MARQUEZ
7

8 │ Dated: July 23, 2008                    ROPERS, MAJESKI, KOHN & BENTLEY

9

10 │                                        By:
   │                                        PAMELA E. COGAN
11 │                                        ROBERT M. FORNI, JR.
   │                                        Attorneys for Defendant, LIBERTY
12 │                                        MUTUAL INSURANCE COMPANY
   │                                        (erroneously sued as LIBERTY MUTUAL
13 │                                        INSURANCE GROUP dba LIBERTY
   │                                        MUTUAL INSURANCE)
14
   │                                **ORDER**
15 │     Pursuant to stipulation, **IT IS SO ORDERED**.

16

17

18 │ Dated: July ____, 2008                 _____
19 │                                        Hon. Claudia Wilken
   │                                        United States District Judge
20

21

22

23

24

25

26

27

28

Ropers Majeski Kohn & Bentley
A Professional Corporation
Redwood City

RC1/5156314.1/RMF                    - 2 -         STIPULATION EXTENDING DEFENDANT'S
                                                   TIME TO RESPOND TO COMPLAINT
                                                   CASE NO. CV 08-3121 CW