1  PAMELA E. COGAN (SBN 105089)
   ROBERT M. FORNI, JR. (SBN 180841)
2  ROPERS, MAJESKI, KOHN & BENTLEY
   1001 Marshall Street, Suite 300
3  Redwood City, CA 94063-2052
   Telephone:    (650) 364-8200
4  Facsimile:    (650) 780-1701
   e-mail: pcogan@ropers.com, rforni@ropers.com
5
   Attorneys for Defendant,
6  LIBERTY MUTUAL INSURANCE COMPANY
   (erroneously sued as LIBERTY MUTUAL
7  INSURANCE GROUP dba LIBERTY MUTUAL
   INSURANCE)

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| | |
|---|---|
| JUSTINE FISHER, an individual, JOSE MARQUEZ, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>LIBERTY MUTUAL INSURANCE GROUP, a California corporation doing business as LIBERTY MUTUAL INSURANCE; CHRISTOPHER TUCKER, D.C., an individual doing business as LAMORINDA CHIROPRACTIC; and DOES 1 through 100,<br><br>Defendants. | CASE NO. CV 08-3121 CW<br><br>**FURTHER STIPULATION AND [PROPOSED] ORDER EXTENDING DEFENDANT'S TIME TO RESPOND TO COMPLAINT** |

**WHEREAS,** plaintiffs JUSTINE FISHER and JOSE MARQUEZ anticipate filing on or before July 24, 2008 a first amended complaint in this action naming Liberty Mutual Fire Insurance Company as a defendant in place of, and instead of, defendant LIBERTY MUTUAL INSURANCE COMPANY (erroneously sued herein as LIBERTY MUTUAL INSURANCE GROUP, a California corporation doing business as LIBERTY MUTUAL INSURANCE),

**IT IS HEREBY STIPULATED** and agreed by and between plaintiffs and defendant, by and through their respective counsel, that defendant LIBERTY MUTUAL INSURANCE

1  COMPANY shall have up to and including August 1, 2008 to file a response to plaintiff's
2  original complaint in this action.

3  Dated: July 23, 2008                                JUREWITZ LAW GROUP

4
5  By: /s/ RJ
6  ROSS A. JUREWITZ
   Attorneys for Plaintiffs, JUSTINE FISHER
   and JOSE MARQUEZ
7

8  Dated: July 23, 2008                                ROPERS, MAJESKI, KOHN & BENTLEY

9
10 By: /s/
   PAMELA E. COGAN
11 ROBERT M. FORNI, JR.
   Attorneys for Defendant, LIBERTY
12 MUTUAL INSURANCE COMPANY
   (erroneously sued as LIBERTY MUTUAL
13 INSURANCE GROUP dba LIBERTY
   MUTUAL INSURANCE)

14                                    **ORDER**

15 Pursuant to stipulation, **IT IS SO ORDERED**.

16
17         8/5
18 Dated: ~~July~~____, 2008                          /s/ Claudia Wilken
19                                                    Hon. Claudia Wilken
                                                      United States District Judge

20
21
22
23
24
25
26
27
28

RC1/5156314.1/RMF                   - 2 -           STIPULATION EXTENDING DEFENDANT'S
                                                     TIME TO RESPOND TO COMPLAINT
                                                         CASE NO. CV 08-3121 CW