AO 440 (Rev. 03/08) Civil Summons (cand 6/08)

Clear Form

# UNITED STATES DISTRICT COURT
for the

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUSTINE FISHER, an individual; JOSE MARQUEZ, an individual, <br><br> Plaintiff <br> v. <br> LIBERTY MUTUAL FIRE INSURANCE COMPANY; CHRISTOPHER N. TUCKER, DC, an individual doing business as LAMORINDA CHIROPRACTIC <br> Defendant | Civil Action No.  CV 08-3121 CW |

**Summons in a Civil Action**

To: CHRISTOPHER N. TUCKER, DC, an individual doing business as LAMORINDA CHIROPRACTIC

*(Defendant's name)*

A lawsuit has been filed against you.

Within  20  days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: AUG 1 8 2008

Richard W. Wieking
Name of clerk of court

**CYNTHIA LENAHAN**
Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*