1  PAMELA E. COGAN (SBN 105089)
   ROBERT M. FORNI, JR. (SBN 180841)
2  ROPERS, MAJESKI, KOHN & BENTLEY
   1001 Marshall Street, Suite 300
3  Redwood City, CA 94063-2052
   Telephone:   (650) 364-8200
4  Facsimile:   (650) 780-1701
   e-mail: pcogan@ropers.com, rforni@ropers.com
5
   Attorneys for Defendant,
6  LIBERTY MUTUAL FIRE INSURANCE COMPANY

7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10                    OAKLAND DIVISION

11

12 | JUSTINE FISHER, an individual, JOSE   | CASE NO. CV 08-3121 CW
   | MARQUEZ, an individual,
13 |                                       | **STIPULATION AND [PROPOSED]**
   |          Plaintiffs,                  | **ORDER DISMISSING AND AMENDING**
14 |                                       | **THIRD CAUSE OF ACTION IN FIRST**
   | v.                                    | **AMENDED COMPLAINT**
15 |
   | LIBERTY MUTUAL FIRE INSURANCE
16 | GROUP, a Massachusetts corporation;
   | CHRISTOPHER TUCKER, D.C., an
17 | individual doing business as
   | LAMORINDA CHIROPRACTIC; and
18 | DOES 1 through 100,
19 |          Defendants.

20

21     **WHEREAS**, Defendant, LIBERTY MUTUAL FIRE INSURANCE COMPANY

22 ("Liberty Mutual") issued a LibertyGuard Auto Policy, Policy No. AO2-268-401621-1057, to

23 Plaintiff JUSTINE FISHER, not Plaintiff JOSE MARQUEZ,

24     **IT IS HEREBY STIPULATED** and agreed by and between plaintiffs and Liberty

25 Mutual, by and through their respective counsel, that Plaintiff JOSE MARQUEZ does not now,

26 and shall not in the future, allege any claim or cause of action for fraud against Liberty Mutual in

27 this action; and, therefore, that the Third Cause of Action by Plaintiff JOSE MARQUEZ for

28 Common Law Fraud in the First Amended filed in this action on August 1, 2008 shall be, and

Ropers Majeski Kohn & Bentley
A Professional Corporation
Redwood City

1 | hereby is, dismissed.

2 |     **IT IS FURTHER STIPULATED** and agreed by and between plaintiffs and Liberty Mutual, by and through their respective counsel, that the First Amended Complaint filed in this action on August 1, 2008, shall be, and hereby is, amended as follows:

    1. The word "Plaintiffs," contained in Paragraphs 28 through 39 of the First Amended Complaint, is deleted and replaced with "Plaintiff JUSTINE FISHER"; and

    2. The word "Plaintiffs'," contained in Paragraphs 31, 32, 35, 36, and 37 of the First Amended Complaint, is deleted and replaced with "plaintiff JUSTINE FISHER's."

Dated: September 16, 2008

JUREWITZ LAW GROUP

By: _____
ROSS A. JUREWITZ
Attorneys for Plaintiffs,
JUSTINE FISHER and JOSE MARQUEZ

Dated: September 16, 2008

ROPERS, MAJESKI, KOHN & BENTLEY

By: _____
PAMELA E. COGAN
ROBERT M. FORNI, JR.
Attorneys for Defendant, LIBERTY MUTUAL FIRE INSURANCE COMPANY

### ORDER

Pursuant to stipulation, **IT IS SO ORDERED.**

Dated: September 18, 2008

_____
Hon. Claudia Wilken
United States District Judge

Ropers Majeski Kohn & Bentley
A Professional Corporation
Redwood City