1  PAMELA E. COGAN (SBN 105089)
   ROBERT M. FORNI, JR. (SBN 180841)
2  ROPERS, MAJESKI, KOHN & BENTLEY
   1001 Marshall Street, Suite 300
3  Redwood City, CA 94063-2052
   Telephone:    (650) 364-8200
4  Facsimile:    (650) 780-1701
   e-mail: pcogan@ropers.com, rforni@ropers.com
5
   Attorneys for Defendant,
6  LIBERTY MUTUAL FIRE INSURANCE COMPANY

Ropers Majeski Kohn & Bentley
A Professional Corporation
Redwood City

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| JUSTINE FISHER, an individual, JOSE MARQUEZ, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>LIBERTY MUTUAL FIRE INSURANCE GROUP, a Massachusetts corporation; CHRISTOPHER TUCKER, D.C., an individual doing business as LAMORINDA CHIROPRACTIC; and DOES 1 through 100,<br><br>Defendants. | CASE NO. CV 08-3121 CW<br><br>**STIPULATION AND ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

**WHEREAS**, Liberty Mutual Insurance Company is no longer a party to this action;

**WHEREAS**, Plaintiffs JUSTINE FISHER and JOSE MARQUEZ filed their First Amended Complaint in this action on August 1, 2008, naming Defendant, LIBERTY MUTUAL FIRE INSURANCE COMPANY ("Liberty Mutual") in place of Liberty Mutual Insurance Company;

**WHEREAS**, on August 18, 2008, a Summons was issued by the clerk of the court to Liberty Mutual;

**WHEREAS**, on September 8, 2008, Liberty Mutual agreed to Plaintiffs' request to waive service of the summons and First Amended Complaint in the manner provided by Fed. Rule Civ.

Pro. 4;

**WHEREAS**, Liberty Mutual has not yet appeared in this action, and pursuant to Fed. Rule Civ. Pro. 4, Liberty Mutual's last day to file an answer to the First Amended Complaint or motion under Fed. Rule Civ. Pro. 12 is October 27, 2008;

**WHEREAS**, Defendant, CHRISTOPHER TUCKER, D.C., has not yet filed his response to the First Amended Complaint or otherwise appeared in this action; and

**WHEREAS**, the parties are presently entertaining settlement discussions,

**IT IS HEREBY STIPULATED** and agreed by and between Plaintiffs and Liberty Mutual that the Case Management Conference currently set for October 14, 2008 at 2:00 p.m. shall be, and hereby is, continued to November 18, 2008 at 2:00 p.m.

Dated: October _____, 2008         JUREWITZ LAW GROUP


By:_____
    ROSS A. JUREWITZ
    Attorneys for Plaintiffs,
    JUSTINE FISHER and JOSE MARQUEZ

Dated: October _____, 2008         ROPERS, MAJESKI, KOHN & BENTLEY


By:_____
    PAMELA E. COGAN
    ROBERT M. FORNI, JR.
    Attorneys for Defendant, LIBERTY
    MUTUAL FIRE INSURANCE COMPANY

### ORDER

Pursuant to stipulation, **IT IS SO ORDERED**. A Case Management Conference will be held on November 18, 2008 at 2:00 p.m. in Courtroom 2, 4th Floor, 1301 Clay Street, Oakland, CA 94612. Pursuant to Civil L.R. 16-9(a), a joint Case Management Statement will be due seven (7) days prior to the Conference.

Dated: October 9, 2008            _____
                                  Hon. Claudia Wilken
                                  United States District Judge