| | |
|---|---|
| 1 | PAMELA E. COGAN (SBN 105089) |
|   | ROBERT M. FORNI, JR. (SBN 180841) |
| 2 | ROPERS, MAJESKI, KOHN & BENTLEY |
|   | 1001 Marshall Street, Suite 300 |
| 3 | Redwood City, CA 94063-2052 |
|   | Telephone:   (650) 364-8200 |
| 4 | Facsimile:   (650) 780-1701 |
|   | E-mail:       pcogan@ropers.com, rforni@ropers.com |
| 5 | |
|   | Attorneys for Defendant, |
| 6 | LIBERTY MUTUAL FIRE INSURANCE COMPANY |

Ropers Majeski Kohn & Bentley
A Professional Corporation
Redwood City

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| JUSTINE FISHER, an individual, JOSE MARQUEZ, an individual, | CASE NO. CV 08-3121 CW |
| Plaintiffs, | STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS |
| v. | |
| LIBERTY MUTUAL FIRE INSURANCE COMPANY, a Massachusetts corporation; CHRISTOPHER TUCKER, DC, an individual doing business as LAMORINDA CHIROPRACTIC; and DOES 1 through 100, | |
| Defendants. | |

TO ALL PARTIES, THEIR ATTORNEYS OF RECORD, AND THE CLERK OF THE ABOVE-ENTITLED COURT:

PLEASE TAKE NOTICE that Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5: The parties agree to participate in Court sponsored mediation (ADR L.R. 6). The parties further agree to hold the mediation session with ninety (90) days from the date of the order

\\\

\\\

RC1/5208325.1/RMF

STIPULATION AND ORDER SELECTING
ADR PROCESS
CASE NO. CV 08-3121 CW

1  referring the case to an ADR process, unless otherwise ordered.

2  Dated: October 31, 2008                JUREWITZ LAW GROUP

3

4                                          By: /s/ RJ
5                                              ROSS A. JUREWITZ
                                                Attorneys for Plaintiffs, JUSTINE FISHER
6                                               and JOSE MARQUEZ

7  Dated: October 31, 2008                ROPERS, MAJESKI, KOHN & BENTLEY

8
                                            By: /s/
9                                               PAMELA E. COGAN
                                                ROBERT M. FORNI, JR.
10                                              Attorneys for Defendant, LIBERTY MUTUAL
                                                FIRE INSURANCE COMPANY
11

12  Dated: October ___, 2008              LAW OFFICES OF WILLIAM G. HANSON

13

14                                          By: _____
                                                WILLIAM G. HANSON
15                                              Attorney for Defendant and Counterclaimant,
                                                CHRISTOPHER N. TUCKER, DBA
16                                              LAMORINDA CHIROPRACTIC

17                                      <u>ORDER</u>

18      Pursuant to the parties' Stipulation, the above-captioned matter is referred to Court

19  sponsored mediation (ADR L.R. 6). The parties shall complete mediation with ninety (90) days

20  from the date of this order.

21      **IT IS SO ORDERED.**

22  Dated: October ___, 2008              _____
                                          Hon. Claudia Wilken
23                                        United States District Judge

referring the case to an ADR process, unless otherwise ordered.

Dated: October _____, 2008                    JUREWITZ LAW GROUP


By: _____
ROSS A. JUREWITZ
Attorneys for Plaintiffs, JUSTINE FISHER
and JOSE MARQUEZ

Dated: October _____, 2008                    ROPERS, MAJESKI, KOHN & BENTLEY


By: _____
PAMELA E. COGAN
ROBERT M. FORNI, JR.
Attorneys for Defendant, LIBERTY MUTUAL
FIRE INSURANCE COMPANY

Dated: October 31, 2008                       LAW OFFICES OF WILLIAM G. HANSON


By: _____
WILLIAM G. HANSON
Attorney for Defendant and Counterclaimant,
CHRISTOPHER N. TUCKER, DBA
LAMORINDA CHIROPRACTIC

## ORDER

Pursuant to the parties' Stipulation, the above-captioned matter is referred to Court sponsored mediation (ADR L.R. 6). The parties shall complete mediation with ninety (90) days from the date of this order.

**IT IS SO ORDERED.**
November 3
Dated: ~~October~~ _____, 2008

_____
Hon. Claudia Wilken
United States District Judge