1
2                       IN THE UNITED STATES DISTRICT COURT
3                     FOR THE NORTHERN DISTRICT OF CALIFORNIA
4

5                                                  No. C 08-03121 CW
   JUSTINE FISHER an individual; JOSE
6  MARQUEZ, an individual,                         <u>CONDITIONAL ORDER
                                                   OF DISMISSAL</u>
7            Plaintiffs,

8       v.

9  LIBERTY MUTUAL INSURANCE GROUP, et
   al.,
10
             Defendants.
11 _____/

12

13
          The parties hereto, by their counsel, having advised the
14
   Court that they have agreed to a settlement of this cause,
15
        IT IS HEREBY ORDERED that this cause be dismissed with prejudice;
16
   provided, however, that if any party hereto shall certify to this
17
   Court, with proof of service of a copy thereon on opposing counsel,
18
   within 90 days from the date hereof, that the agreed consideration for
19
   said settlement has not been delivered over, the foregoing Order shall
20
   stand vacated and this cause shall forthwith be restored to the
21
   calendar to be set for trial.
22
        IT IS SO ORDERED.
23
                                          _____
24 Dated:  2/9/09
25                                        CLAUDIA WILKEN
                                          United States District Judge
26
27
28